(October 27, 1992)

■ DEBORAH HORNE, Appellant, v JEAN V. PACHTER et al., Respondents, et al., Defendant.—Order and judgment (one paper), Supreme Court, Bronx County (Howard R. Silver, J.), entered on or about June 25, 1991, unanimously affirmed for the reasons stated by Silver, J., with costs. No opinion. Concur —Sullivan, J. P., Carro, Asch and Rubin, JJ.